# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PRIEST JONES,<br><br>    Plaintiffs,<br>v.<br><br>ICER OF ARROWHEAD LLC d/b/a ARROWHEAD TOWNHONES, JOHN DOE(S) #1-3, and ABC CORPORATION(S) #1.3,<br><br>    Defendants. | Civil Action File No: |

## NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that Defendant ICER of Arrowhead LLC d/b/a Arrowhead Townhomes hereby removes this action from the State Court of Clayton County to the United States District Court for the Northern District of Georgia, Atlanta Division pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. As grounds for removal, Defendant states as follows:

1.

On January 6, 2025, Plaintiff filed a civil action in the State Court of Clayton County, State of Georgia, styled *Priest Jones v. ICER of Arrowhead LLC d/b/a Arrowhead Townhomes, Jonn Doe(s) #1-3, and ABC Corporation(s) #1-3*, Civil Action File No. 2025CV00106 (Attached as Exhibit A are copies of all

pleadings that have been filed with the State Court of Clayton County to date.) Defendant is also filing the attached Notice of Filing of the Notice of Removal with the State Court of Clayton County as required by 28 U.S.C. § 1446(d). (See Exhibit B).

2.

Venue in the state court action was based on the location of Defendant, which is located in Jonesboro, Georgia. (See Exhibit "A"; Plaintiff's Complaint, ¶ 3). Clayton County is located within the jurisdiction of the Northern District of Georgia, Atlanta Division.

3.

Defendant ICER of Arrowhead LLC d/b/a Arrowhead Townhomes was served with a copy of Plaintiff's Complaint on February 18, 2025. This *Notice of Removal* is timely filed within the thirty (30) day period as required by 28 U.S.C. § 1446(b).

4.

Plaintiff is a citizen and domiciliary of the state of Georgia. (See Exhibit "A"; Plaintiff's Complaint, ¶ 1)

5.

ICER of Arrowhead LLC d/b/a Arrowhead Townhomes is a foreign LLC

with a principal office address at 385 Broadway, 16th Floor, New York, New York, 10018.

6.

The only remaining parties to this lawsuit are John Doe(s) #1-3 and ABC Corporation(s) #1-3, but they should be disregarded for removal purposes because they are fictitiously named. *See* 28. U.S.C. § 1441(b)(1) ("[T]he citizenship of defendants sued under fictitious names shall be disregarded.").

7.

The parties are citizens of different states. Accordingly, there is complete diversity of citizenship between the parties. This action is one over which this Court has diversity jurisdiction in accordance with 28 U.S.C. § 1332.

8.

The amount in controversy is also sufficient under 28 U.S.C. § 1332 (a). Plaintiff is seeking damages for at least $20,749.44, "to date and continuing". (See Exhibit "A"; Plaintiff's Complaint, ¶ 29).

9.

To determine whether the jurisdictional threshold of $75,000 is met, the court must assume that Plaintiff will "prevail" on all claims, and then assess whether "an award below the jurisdictional amount would be outside the range of

permissible awards because the case is clearly worth more than [$75,000]." *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1096 (11th Cir. 1994); *see also St. Paul Indemnity Co. v. Cab Co.*, 303 U.S. 283, 288 (1937). "It must appear to a **legal certainty** that the claim is really for less than the jurisdictional amount to justify dismissal." *St. Paul Mercury Indem. Co. v. Red Cab Co*., 303 U.S. 283, 289 (1938) (emphasis added); 14A Wright, Miller & Cooper, *Federal Practice and Procedure*, Sec. 3702 at 19. (Emphasis added); *Locklear v. State Farm Mut. Auto. Ins. Co.*, 742 F.Supp. 679 (S.D.Ga.1989)

10.

Assuming Plaintiff is to prevail on each of the claims set forth in the Complaint, which Defendant denies, the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00. (*See* Declaration of Barbara A. Marschalk, attached hereto as Exhibit C).

11.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) Plaintiff and the named Defendant are citizens of different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.

12.

Defendant reserves all defenses, including those of service, venue, and personal jurisdiction and will answer or present other defenses within the time permitted by Federal Rule of Civil Procedure 81(c).

13.

WHEREFORE, Defendant prays that this Notice of Removal and petition be filed, that said action be removed to and proceed in this Court, and that there be no further proceedings in said case in the State Court of Clayton County.

The undersigned has read this Notice of Removal, and to the best of their knowledge, information and belief, formed after reasonable inquiry, determined it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

This 20th day of March, 2025.

**DREW ECKL & FARNHAM, LLP**

*s/ Barbara A. Marschalk*
Barbara A. Marschalk
***Georgia Bar No. 324498***

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
E-mail:  marschalkb@deflaw.com
***Attorneys for Defendant***

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 20th day of March, 2025.

                                                **DREW ECKL & FARNHAM, LLP**

                                                *s/ Barbara A. Marschalk*
                                                Barbara A. Marschalk
                                                *State Bar of Georgia No. 324498*

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
E-mail:  marschalkb@deflaw.com
***Attorneys for Defendant***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PRIEST JONES,<br><br>　　Plaintiffs,<br>v.<br><br>ICER OF ARROWHEAD LLC d/b/a ARROWHEAD TOWNHONES, JOHN DOE(S) #1-3, and ABC CORPORATION(S) #1.3,<br><br>　　Defendants. | Civil Action File No: |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant ICER of Arrowhead LLC d/b/a Arrowhead Townhomes and that I have this day served the foregoing *Notice of Removal* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

> Matthew Cochran, Esq.
> The Roth Firm, LLC
> 1600 Parkwood Circle SE
> Suite 600
> Atlanta, Georgia 30339

This 20th day of March, 2025.

- 2 -

                                            <u>*s/ Barbara A. Marschalk*</u>
                                            Barbara A. Marschalk
                                            ***State Bar of Georgia No. 324498***

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
E-mail:  marschalkb@deflaw.com
***Attorneys for Defendant***

15157327v1
00151-300142